RECEIVED
OCT - 9 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT ANDREW REED     DOCKET NO. 13-CV-1579; SEC. P

VERSUS     JUDGE JAMES T. TRIMBLE, JR.

WARDEN     MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED THAT Petitioner's §2241 application be DENIED AND DISMISSED with prejudice as frivolous and failing to state a claim for which relief can be granted.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 9th day of October, 2013.

JAMES T. TRIMBLE, JR.
United States District Judge